UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 24 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:21CR652 AGF/SPM |
| NARINDER GUPTA, | ) ) |
| Defendant. | ) ) |

## INDICTMENT
### COUNT 1

The Grand Jury charges:

Beginning on or about March 28, 2020 and continuing until on or about July 15, 2020, in the Eastern District of Missouri, the defendant herein,

**NARINDER GUPTA,**

knowingly used a facility of interstate commerce to attempt to persuade, induce, and entice an individual, J.R., who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory sodomy (Mo. Rev. Stat. 566.034, 566.064).

In violation of Title 18, United States Code Section 2422(b).

### COUNT 2

The Grand Jury further charges:

Beginning on or about March 28, 2020 and continuing until on or about July 15, 2020, in the Eastern District of Missouri, the defendant herein,

NARINDER GUPTA,

knowingly used a facility of interstate commerce to attempt to persuade, induce, and entice an individual, D.C., who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, statutory sodomy (Mo. Rev. Stat. 566.034, 566.064).

In violation of Title 18, United States Code Section 2422(b).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMMING
United States Attorney


_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney