IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NARINDER GUPTA,<br><br>    Defendant. | No. 4:21-CR-00652 AGF SPM |

### MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with:

(a) an offense for which a maximum term of imprisonment of ten years or more is prescribed

(b) an offense involving a minor victim, specifically under Title 18, United States Code, Section 2422 (coercion and enticement)

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

     3.     There is a serious risk that the defendant will flee.

     4.     The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

                                       Respectfully submitted,

                                       SAYLER A. FLEMING
                                       UNITED STATES ATTORNEY

                                       */s/ Dianna R. Collins*
                                       DIANNA R. COLLINS, #59641MO
                                       Assistant United States Attorney
                                       Thomas F. Eagleton Courthouse
                                       111 South Tenth Street, 20th Floor
                                       St. Louis, Missouri 63102
                                       (314) 539-2200